SK:ADW
F. #2021R00452 / OCDETF# NY-NYE-839Z

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 22-41 (DG)<br>(T. 21, U.S.C., §§ 841(a)(l), |
| LEONEL BRAZOBAN, | 841(b)(l)(A)(viii), 846, 853(a) and<br>853(p); T. 18, U.S.C., §§ 2 and 3551 et |
| Defendant. | seq.) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

1.     In or about and between March 2021 and May 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant LEONEL BRAZOBAN, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved a substance containing methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1). The amount of methamphetamine involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, was 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers.

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO
(Distribution and Possession with Intent to Distribute Methamphetamine)

2. On or about April 22, 2021, within the Eastern District of New York and elsewhere, the defendant LEONEL BRAZOBAN, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing methamphetamine, a Schedule II controlled substance, and its salts, isomers and salts of its isomers.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

3. The United States hereby gives notice to the defendant that, upon his conviction of either of the offenses charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offenses; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

  (Title 21, United States Code, Sections 853(a) and 853(p))


_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2021R00452 / OCDETF# NY-NYE-839Z
FORM DBD-34            No.
JUN. 85

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

LEONEL BRAZOBAN,

Defendant.

# INFORMATION

(T. 21, U.S.C., §§ 841(a)(l), 841(b)(l)(A)(viii), 846, 853(a), 853(p); T. 18, U.S.C. §§ 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
*Clerk*

*Bail, $* _____

*Andrew Wang, Assistant U.S. Attorney (718) 254-6311*