# WL| Wright Law

**ATTORNEY AT LAW**

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

July 13, 2022

**VIA ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States* v. *Leonel Brazoban, et al* 22 Cr. 41 (DG))

Dear Judge Gujarati:

I represent Leonel Brazoban in the above referenced case and write with the gracious consent of the government to respectfully request that the Court grant an adjournment of Mr. Brazoban's sentence currently scheduled for August 8, 2022. This is the defendant's first request for such an adjournment.

I make this request as I have been sick with a rather bad version of the Covid-19 virus (although I am fully vaccinated) over the last few weeks and need additional time to prepare Mr. Brazoban's sentencing memorandum. I am also starting a lengthy racketeering-murder trial before Judge Raymond J. Dearie in August (*United States v. Shelton et al*), and now that I am back on my feet I need to prepare for that impending trial. The government anticipates the *Shelton* trial before Judge Dearie to last six (6) weeks.

I therefore, respectfully request a sentence date in October of 2022, or a date thereafter that is best for the Court. This additional time will allow the undersigned to more fully and properly explore a number of discreet and important 18 U.S.C. §3553(a) factors unique to Mr. Brazoban.

Sincerely,
/s/
Christopher Wright

Cc: AUSA Andrew Wang