# WL| Wright Law
### ATTORNEY AT LAW

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

January 13, 2023

**VIA ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *United States* v. *Leonel Brazoban, et al* **22 Cr. 41 (DG))**

Dear Judge Gujarati:

      I represent Leonel Brazoban in the above referenced case and write with the gracious consent of AUSA Andrew Wang to respectfully request that the Court grant an adjournment of Mr. Brazoban's sentence currently scheduled for February 3, 2023.

      I make this request as I have a scheduled medical procedure for the end of January of this year that will make me unable to appear in court through the first half of February. Unfortunately, I will be in bed-rest for a period of time. AUSA Wang informed me that he will be starting a trial on February 27 that should be over by March 10.

      I therefore, respectfully request a sentence date in the second half of March of 2023 that is most convenient for the court. This additional time will allow the undersigned to fully recuperate and properly explore a number of discreet and important 18 U.S.C. §3553(a) factors unique to Mr. Brazoban.

                                                                          Sincerely,
                                                                        /s/
                                                                        Christopher Wright

      Cc: AUSA Andrew Wang