# WL| Wright Law
**ATTORNEY AT LAW**

---

**299 BROADWAY, SUITE 708**
**NEW YORK, NY 10007**
**OFFICE (212) 822-1419 • FACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

April 25, 2023

**VIA ECF**
The Honorable Diane Gujarati
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:** *United States* v. *Leonel Brazoban, et al* **22 Cr. 41 (DG))**

Dear Judge Gujarati:

  I represent Leonel Brazoban in the above referenced case and write today to respectfully request that the Court allow the defense to file its sentencing memo on Saturday April 29, 2023, instead of its due date of Thursday, April 27, 2023.

  I have to appear in the Middle District of Pennsylvania for a proffer on April 27, 2023 and will not return to New York until the evening of April 28, 2023. I will meet with Mr. Brazoban on April 29, 2023, to review the finished memo and will file it that same day.

  The government, through AUSA Andrew Wang, graciously consents to the instant request. Thank you.

              Sincerely,
              /s/
              Christopher Wright